**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-02985-WJM-MEH

DONALD T. JONES,

    Plaintiff,

v.

CITIZENS FINANCIAL GROUP, INC. d/b/a
CITIZENS ONE AUTO FINANCIAL,

    Defendant.

---

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

---

NOW COMES, DONALD T. JONES ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., and, in support of his Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, CITIZEN FINANCIAL GROUP, INC. d/b/a CITIZENS ONE AUTO FINANCIAL, with prejudice. Each party shall bear its own costs and attorney fees.

Respectfully submitted this 18th day of December 2018.

                                                      s/ Nathan C. Volheim
                                                     *Nathan C. Volheim*
                                                     Sulaiman Law Group, Ltd.
                                                     2500 S. Highland Avenue, Suite 200
                                                     Lombard, IL 60148
                                                     Telephone: (630) 575-8181 x113
                                                     Fax: (630) 575-8188

Email: nvolheim@sulaimanlaw.com
Attorney for Donald T. Jones

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

s/ Nathan C. Volheim
Nathan C. Volheim

2